■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD McLOUD, Appellant. [635 NYS2d 568] —Judgment unanimously affirmed. Memorandum: The prosecutor's statements on summation did not constitute improper bolstering of the police witnesses, but were made "in fair response to statements made by the defense [citation omitted]" (People v Maisonet, 172 AD2d 274, lv denied 78 NY2d 969). We reject the further

contention of defendant that juror misconduct deprived him of a fair trial *(see, People v Estrada,* 191 AD2d 286, *lv denied* 81 NY2d 1013). Finally, in light of the lengthy criminal history of defendant, we conclude that his sentence is neither unduly harsh nor severe *(see,* CPL 470.15 [2] [c]). (Appeal from Judgment of Erie County Court, Drury, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.